UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

FILED
OCT 31 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
v.                              )   No.  4:19CR907 JAR/PLC
                                )
GERALD E. CARDWELL, JR.         )
                                )
        Defendant.              )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about July 26, 2019, in St. Louis County, within the Eastern District of Missouri, the defendant,

**GERALD E. CARDWELL, JR.,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a), and;

that the death of R.L., a person whose identity is known to the Grand Jury, resulted from the use of such controlled substance distributed by defendant, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney