IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.   4:19-CR-00907 JAR |
| | ) |
| GERALD E. CARDWELL, JR. | ) |
| | ) |
| Defendant. | ) |

**CRIMINAL INFORMATION AND NOTICE OF ENHANCED SENTENCE
IN ACCORDANCE WITH 21 U.S.C. § 851**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Sirena Miller Wissler, Assistant United States Attorney for said District, in the above-entitled cause and hereby notifies the Court and the defendant that by virtue of the defendant's prior criminal history, to-wit:

> On or about April 30, 2018, defendant Gerald E. Cardwell, Jr. was sentenced to a term of imprisonment of 3 years months in the Missouri Department of Corrections, the execution of which was suspended upon the completion of 5 years probation, having entered a guilty plea to one count of Possession of a Controlled Substance in case number 1711- CR01670-01 in the 11th Judicial Circuit Court in and for St. Charles County, Missouri;

and

> On or about August 7, 2018, defendant Gerald E. Cardwell, Jr. was sentenced to a term of imprisonment of four years in the Missouri Department of Corrections, the execution of which was suspended upon completion of 5 years probation, having entered a guilty plea to one count of Possession of a Controlled Substance in case number 17SL-CR08544-01 in the 21st Judicial Circuit Court in and for St. Louis County, Missouri,

upon conviction for the offense of Distribution of a Controlled Substance, a lesser offense included in Count I of the Indictment, the defendant is subject to the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(C). This provision calls for a statutory maximum term of 30 years, and a fine not to exceed $2,000,000.00.

Notwithstanding any other provision of law, the Court shall not place on probation or suspend the sentence of any person sentenced under these provisions. Parole having been abolished, the defendant will not be released on parole.

SAYLER A. FLEMING
UNITED STATES ATTORNEY


*/s/ Sirena Miller Wissler*
SIRENA MILLER WISSLER, #55374MO
Assistant United States Attorney


### CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel for the defendant.

*/s/ Sirena Miller Wissler*
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney